# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED HATEM MOHTASIB, DHS File No. A099 053 073, and SUZAN IMB ABU-RAJAB TAMIMI, DHS File No. A214 125 541,<br><br>Plaintiffs,<br>v.<br>ALANNA Y. OW, San Diego Field Office Director, U.S. Citizenship and Immigration Services, DONALD NEUFELD, Associate Director, Service Center Operations Directorate, U.S. Citizenship and Immigration Services, JEH JOHNSON, Secretary, U.S. Department of Homeland Security, and LORETTA E. LYNCH, U.S. Attorney General,<br><br>Defendants. | CASE NO. 17cv0040 DMS (KSC)<br><br>**ORDER DISMISSING CASE** |

This case came on for hearing on October 26, 2017, for dismissal for want of prosecution pursuant to Civil Local Rule 41.1.  Plaintiff's counsel appeared at the hearing, and informed the Court the case had been resolved, and moved the Court to dismiss the case.  The Court granted that motion.  Accordingly, this case is hereby dismissed without prejudice.  The Clerk of Court shall close the file.

**IT IS SO ORDERED**.

DATED: October 26, 2017

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -                                                                                                         17cv0040